**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

Dwyer

-v-

Tombs, et al

------------------------------------------------------------

Document # 6

USCA NO. _____

SDNY NO. 07-cv-5865

JUDGE: DAB

DATE: Aug. 7 2007

*U.S. DISTRICT COURT FILED AUG 0 7 2007 S.D. OF N.Y.*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------

**DOCUMENTS**                                                                                   **DOC#**

Clerk's Certificate

See Attached List of Numbered Documents

( X ) Original Record                                                         (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 7th Day of AUGUST, 2007.

**United States District Court for
the Southern District of New York**

Date: Aug 7 2007

U.S.C.A. # _____

U.S.D.C. # 07cv5865

D.C. JUDGE DAB

-------------------------------------------------

Dwyer

-v-

Tombs et al

-------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 7th Day of August In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05865-DAB
Internal Use Only

Dwyer v. Tombs et al
Assigned to: Judge Deborah A. Batts
Cause: 42:1983 Civil Rights Act

Date Filed: 06/20/2007
Date Terminated: 06/20/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Thomas F. Dwyer.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 2 | COMPLAINT against Malcolm Tombs, British National Space Center, Tony Blair. Document filed by Thomas F. Dwyer.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 | | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL I grant plaintiff's request to proceed in forma pauperis and consolidate these two actions for the purpose of this order, but dismiss the complaints for the following reasons. Accordingly, the complaints, filed in forma pauperis under 28 U.S.C. 1915(a)(1) and consolidated for the purpose of this order, are dismissed as frivolous and for failure to state a claim on which relief may be granted. See pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 07/18/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Thomas F. Dwyer. (tp) (Entered: 08/07/2007) |
| 07/18/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Thomas F. Dwyer. $455.00 APPEAL FEE DUE. IFP REVOKED 6/20/07. (tp) (Entered: 08/07/2007) |
| 08/07/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 08/07/2007) |
| 08/07/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 08/07/2007) |