# MANDATE

S.D.N.Y.
07-cv-5864
07-cv-5865
Batts, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of October , two thousand seven,

Present:

Hon. Thomas J. Meskill,
Hon. Robert A. Katzmann,
*Circuit Judges,*
Hon. Edward R. Korman,*
*District Judge..*



UNITED STATES COURT OF APPEALS
FILED
OCT 1 6 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Thomas F. Dwyer,

          *Plaintiff-Appellant,*

   v.

Thomas F. Lally 27, Paul Locascio 27,
Village of Maybrook Police Department,

          *Defendants-Appellees.*

07-3289-cv(L)

---

Thomas F. Dwyer,

          *Plaintiff-Appellant,*

   v.

Malcolm Tombs, British National Space Center,
Prime Minister Tony Blair,

          *Defendants-Appellees.*

07-3380-cv(Con)

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* under docket number 07-3380. Upon due consideration, it is ORDERED that docket numbers 07-3289-cv and 07-3380-cv are consolidated, the *in forma pauperis* motion is construed as applying to both appeals, the motion is

OCT 1 6 2007

---

*The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

SAO-MAG

**ISSUED AS MANDATE:** NOV 1 3 2007

DENIED, and the appeals are DISMISSED because they lack an arguable basis in law or fact.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

SAO-MAG